## COMMONWEALTH of Pennsylvania, Petitioner

v.

### Shawn JONES, Respondent.

Supreme Court of Pennsylvania.

April 7, 2010.

### ORDER

PER CURIAM.

AND NOW, this 7th day of April, 2010, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's Order is **VACATED,** and this matter is **REMANDED** to the Superior Court for reconsideration in light of this Court's decision in *Commonwealth v. Liston,* 602 Pa. 10, 977 A.2d 1089 (2009).